UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 25-1752-GW-SPx | Date | August 27, 2025 |
|---|---|---|---|
| Title | *Marina Faragalla, et al. v. Tesla, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| None Present | None Present | | |

**PROCEEDINGS:    IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report" (Docket No. 8) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the August 28, 2025 scheduling conference date is taken off calendar. Plaintiff was involved in a single vehicle collision which she blames on Defendant Tesla's defective "autopilot and/or traffic aware cruise control function." *Id*. at 2. This lawsuit is not complex. The case was initially filed in state court on March 19, 2025, and removed to federal court on July 11, 2025. *See* Docket No. 1.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to September 12, 2025. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for May 28, 2026 at 8:30 a.m., with mediation to be completed by May 19. The parties may mediate through: (1) the magistrate judge assigned to this case, (2) a neutral from the Court's mediation panel or (3) a private mediation service. The parties will make arrangements so that the mediation can be completed by May 19 and a joint report filed with the Court by May 21.

3. All regular discovery will be completed by March 13, 2026. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be "completed" (as described above) by May 15, 2026. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports

:

| Initials of Preparer | JG |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 25-1752-GW-SPx | Date | August 27, 2025 |
|---|---|---|---|
| Title | *Marina Faragalla, et al. v. Tesla, Inc., et al.* | | |

thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is June 29, 2026.

6. The pre-trial conference will be held on July 30, 2026 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 6).

7. Jury trial will begin on August 11, 2026 at 9:00 a.m.

:

Initials of Preparer     JG