Samer Habbas Esq. (SBN #243683)
Adam Kocaj Esq. (SBN#321680)
**LAW OFFICES OF SAMER HABBAS & ASSOCIATES, PC**
200 Spectrum Center Dr., Ste. 1230
Telephone: (949) 727-9300
Facsimile: (949) 727-9308
Email: adam@habbaspilaw.com; eservice@habbaspilaw.com
*Attorneys for Plaintiff Marina Faragalla*

Lauren O. Miller (SBN 279448)
millerl@tesla.com
Lindsey R. Adams-Hess (SBN 260600)
ladamshess@tesla.com
**TESLA, INC.**
3000 Hanover Street
Palo Alto, CA 94304
Tel: (510) 362-3599
*Attorneys for Defendant TESLA, INC.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| MARINA FARAGALLA<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>TESLA, INC; TESLA INSURANCE SERVICES, INC.; and DOES 1-50<br><br>　　　　　　　Defendants. | Case No.: 5:25-cv-01752<br>[Removed from Riverside County Superior Court Case No. CVME2503084<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)]**<br><br>Action Filed: March 19, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Marina Faragalla and Defendant Tesla, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED:   October 31, 2025

LAW OFFICES OF SAMER HABBAS & ASSOCIATES, INC., P.C.

By: _____
    Samer Habbas
    Adam Kocaj
    Attorneys for Plaintiff, Marina Faragalla

TESLA, INC.

DATED:   October 31, 2025

By: */s/ Lauren O. Miller*
    Lauren O. Miller
    Attorneys for Defendant, Tesla, Inc.

1

**CERTIFICATE OF SERVICE**

2  I certify that on date, I electronically filed the foregoing title of document with
3  the Clerk of the Court for the United States District Court, Central District of
4  California, using the CM/ECF system, which will send notification of such filing to
5  all counsel of record registered to receive electronic service.

6
7
8  By: _____
        Samer Habbas
        Adam Kocaj
9        Attorneys for Plaintiff, Marina
        Faragalla
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL [FRCP 41(A)]