Samer Habbas Esq. (SBN #243683)
Adam Kocaj Esq. (SBN#321680)
**LAW OFFICES OF SAMER HABBAS & ASSOCIATES, PC**
200 Spectrum Center Dr., Ste. 1230
Telephone: (949) 727-9300
Facsimile: (949) 727-9308
Email: adam@habbaspilaw.com; eservice@habbaspilaw.com
*Attorneys for Plaintiff Marina Faragalla*

Lauren O. Miller (SBN 279448)
millerl@tesla.com
Lindsey R. Adams-Hess (SBN 260600)
ladamshess@tesla.com
**TESLA, INC.**
3000 Hanover Street
Palo Alto, CA 94304
Tel: (510) 362-3599
*Attorneys for Defendant TESLA, INC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—EASTERN DIVISION

| | |
|---|---|
| MARINA FARAGALLA<br><br>            Plaintiff,<br><br>    vs.<br><br>TESLA, INC; TESLA INSURANCE SERVICES, INC.; and DOES 1-50<br><br>            Defendants. | Case No.: 5:25-cv-01752-GW-SPx<br>[Removed from Riverside County Superior Court Case No. CVME2503084]<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL**<br><br>Action Filed: March 19, 2025 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: October 31, 2025

*[signature]*
HON. GEORGE H. WU,
United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on date, I electronically filed the foregoing title of document with the Clerk of the Court for the United States District Court, Central District of California, using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic service.

By: _____
Samer Habbas
Adam Kocaj
Attorneys for Plaintiff, Marina Faragalla

- 3 -
[PROPOSED] ORDER OF DISMISSAL